ALLEGIANCE HEALTHCARE CORPORATION, Plaintiff–Appellant,

v.

ALCON LABORATORIES, INC., Defendant–Appellee,

and

Surgin Surgical Instrumentation, Inc. (also known as Surgin, Inc.), Defendant–Appellee.

No. 03–1253.

United States Court of Appeals, Federal Circuit.

DECIDED: April 17, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).